# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2080
Lower Tribunal No. 22-17004
_____


**Imani Elite Properties LLC**,
Appellant,

vs.

**City of Miami**,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

P.A. Bravo, P.A., and Paul Alexander Bravo, for appellant.

George Wysong, City Attorney, and John A. Greco, Chief Deputy City Attorney, for appellee.


Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Frye v. Miami-Dade Cnty.</u>, 2 So. 3d 1063, 1064 (Fla. 3d DCA 2009) (holding that a party's failure to appeal an administrative order to the Circuit Court, and therefore to exhaust administrative remedies, deprives the Circuit Court of jurisdiction to consider a petition for injunctive relief).